IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JERRY BLANEY, 1519297,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-CV-071-N |
| | ) | |
| **UNKNOWN,** | ) | |
| Defendant. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b) and de novo review of matters to which objection was made by plaintiff, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed June 8, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE